UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE M. MARTINEZ,<br><br>    Defendant. | Case No. 15-cv-04827-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER REMANDING CASE** |

The court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation re remand.  Defendant Michelle M. Martinez filed no objections to the report within the time allowed under 28 U.S.C. § 636(b).  The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, it is hereby ORDERED that this case be remanded to the Superior Court of Contra Costa County.

Further, this is the second time defendant has removed an unlawful detainer action involving the property located at 1308 Miner Avenue, San Pablo, California.  She previously removed Contra Costa Superior Court Case No. RS 15-0384, an action filed April 14, 2015 by JPMorgan Chase Bank, N.A. ("JPMorgan").  That case was removed to this court as C-15-2806 YGR.  After the case was ordered remanded for lack of subject matter jurisdiction, JPMorgan quitclaimed the property to the Federal National Mortgage Association ("Fannie Mae"), which filed Contra Costa Superior Court Case No. RS 15-0835, a second unlawful detainer action, on August 18, 2015.  That case was removed to this court as C-15-4827 (the present action).

The clerk is hereby instructed to accept no further filing of any notice of removal by plaintiff Michelle M. Martinez of any unlawful detainer action from the Contra Costa Superior Court involving the property located at 1308 Miner Avenue, San Pablo, California, without prior approval by a judge of this court.

**IT IS SO ORDERED.**

Dated:  November 20, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge